IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JI'HADD HARRISON, | No. 4:24-CV-01559 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BRADLEY BOOHER, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 21st day of April 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint is **DISMISSED** under 28 U.S.C. § 1915A(b)(1), as follows:

    a. Plaintiff's Section 1983 Eighth Amendment claims regarding the gate-closure incident and ensuing medical care are **DISMISSED** without prejudice pursuant to Section 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    b. Plaintiff's First Amendment Petition Clause claim is **DISMISSED** with prejudice pursuant to Section 1915A(b)(1) as legally frivolous and for failure to state a claim upon which relief may be granted.

    c. Plaintiff's PREA-based Fourteenth Amendment equal protection claim is **DISMISSED** without prejudice pursuant to Section 1915A(b)(1) for failure to state a claim upon which relief may be granted. Leave to amend in the instant lawsuit is **DENIED**.

2. The Clerk of Court is directed to terminate defendants Jacqueline Burd "Facility Grievance Coordinator," Keri Moore "Chief Grievance Coordinator," and Michelle Dunn "CCPM."

3. Within <u>21 days</u> of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum or the amended pleading will be stricken or summarily dismissed.

4. If no amended complaint is timely filed, dismissal of Plaintiff's Eighth Amendment claims will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

5. Plaintiff's motion (Doc. 15) for a preliminary injunction and temporary restraining order is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge